Beckie Diamond, Respondent, v. Metropolitan Life Insurance Company, Appellant. Martin Ench, Respondent, v. New York Taxicab Company, Appellant. William Knabe & Company Manufacturing Company, Appellant, v. William Dinwiddie, Impleaded, etc., Respondent. The Turchin Sheffield Plate and Sterling Silver Plate Company, Respondent, v. David Lindenborn, Appellant. New York Evening Journal Publishing Company, Respondent, v. Isaac Michaels and Others, Appellants.— Applications for leave to appeal denied, with ten dollars costs. Orders signed.

Frances A. Becker, Respondent, v. Daniel Woodcock, Appellant.— Motion granted, without costs.

Henry M. T. Beekman, Respondent, v. New York Taxicab Company, Appellant.— Motion denied. The plaintiff can move to vacate stay, as the conditions upon which it was granted have not been complied with.

Clifford N. Searle, Appellant, v. Halstead & Company, Respondent. The City of New York, Appellant, v. Henry Corn and Charles A. Cowen, Respondents. Simon Dressel and Others, Appellants, v. A. Hupfel's Sons, Respondent.— Motions denied, with ten dollars costs.

Milton Schnaier & Company v. Emilie B. Grigsby.— Motion for reargument denied. Motion for leave to appeal granted.

Edmund T. Gifford v. The City of New York.— Motion denied, with ten dollars costs.

Pietro Pietraroia, as Administrator, v. New Jersey and Hudson River Railway and Ferry Company.— Motion granted.

Albert London v. Louis Meryash and Others.— Motion denied, with ten dollars costs.

John D. Crimmins v. Carlyle Realty Company.— Motion granted and question certified.

The Pusey and Jones Company v. Norbert B. Kates, Impleaded.— Motion denied, with ten dollars costs.

Clara Schumacher v. Great Eastern Casualty and Indemnity Company of New York.— Motion granted and question certified.

Casper W. Dean v. F. R. Long Company.— Motion granted.

Star Company v. William C. Moore and Others.— Motion denied, with ten dollars costs.

New York University v. American Book Company.— Motion granted and question certified.

George H. Montrose v. Michael Levenson and Others.— Motion granted, with ten dollars costs. Settle order on notice.

Mary E. McNulty v. Patrick J. McNulty.— Motion granted on condition that appellant pay ten dollars costs awarded on the motion to dismiss, ten dollars costs of opposing this motion, and giving a bond in the penalty of one thousand dollars, with sufficient sureties, to pay the costs in the court below, the costs of this appeal and any alimony directed to be paid by the judgment; the bond to be approved at Special Term. Settle order on notice.

Thomas Loughran, an Infant, v. Jordan L. Mott Iron Works.— Motion granted. Settle order on notice.